1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARON M. PRESTLEY, SR.,

11          Plaintiff,                    No. CIV S-11-0062 GGH P

12       vs.

13   JEFFREY S. WHITE, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action.[1] [2]

17          The federal venue statute requires that a civil action, other than one based on

18   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

19   defendants reside in the same State, (2) a judicial district in which a substantial part of the events

20   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

21   of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

22

_____

23          [1] "In the limited settings where *Bivens* does apply, the implied cause of action is the
     'federal analog to suits brought against state officials under...42 U.S.C. § 1983.'" Ashcroft v.
24   Iqbal, 129 S. Ct. 1937, 1948 (2009).  See also, Bivens v. Six Unknown Fed. Narcotics Agents,
     403 U.S. 388, 91 S.Ct. 1999 (1971).
25
            [2] The court notes that plaintiff has not, however, filed an in forma pauperis affidavit or
26   paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a).

1

1   no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

2        In this case, none of the defendants reside in this district.  The claim arose in San

3   Francisco County, which is in the Northern District of California.  Therefore, plaintiff's claim

4   should have been filed in the United States District Court for the Northern District of California.

5   In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the

6   correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.

7   1974).

8        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

9   United States District Court for the Northern District of California.

10  DATED: January 19, 2011

11

12                                            /s/ Gregory G. Hollows

13                                            GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

14  GGH:009/mp
    pres0062.21

15

16

17

18

19

20

21

22

23

24

25

26